# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ingrid Berzins aka Ingrida Berzins<br>Rudolf G. Berzins<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-18410 elf |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                              Respectfully submitted,
                                              **/s/ Rebecca A. Solarz, Esq**
                                              Rebecca A Solarz, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322