SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire (RM-3223)
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(610) 994-1137
Attorneys for Creditor Customers Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 17-18410-ELF |
| Rudolf G. Berzins and Ingrid Berzins, | : |
| | : CHAPTER 13 |
| Debtors. | : |

**PRAECIPE TO WITHDRAW CUSTOMERS BANK'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

To the Clerk:

Kindly mark withdrawn all Objections to Confirmation filed by Customers Bank to the Debtors' various Chapter 13 plans, at Document Nos. 23 and 56.

Respectfully submitted,
SALDUTTI LAW GROUP
Counsel for Customers Bank, f/k/a New Century Bank

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

DATE: September 18, 2018