United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-18410-elf
Rudolf G. Berzins                                               Chapter 13
Ingrid Berzins
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Sep 21, 2018
                              Form ID: pdf900          Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db/jdb        +Rudolf G. Berzins,    Ingrid Berzins,    610 Cider Mill Lane,    Perkasie, PA 18944-4082
cr            +Customers Bank,   c/o Saldutti Law Group,    Rebecca K. McDowell, Esquire,    1735 Market Street,
               Suite 3750,    Philadelphia, PA 19103-7532
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 22 2018 01:51:02      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2018 01:50:28
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2018 01:50:47      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2018 01:50:28
               Commonwealth Of PA., Dept. Of Revenue,    Bureau Of Compliance,    Dept. 280946,
               Harrisburg, PA 17128-0001
cr            +E-mail/Text: duffyk@co.delaware.pa.us Sep 22 2018 01:51:09      Delaware County Tax Claim Bureau,
               Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2018 01:59:28      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
```
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,    ecfnotice@comcast.net
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Joint Debtor Ingrid  Berzins Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     RUDOLF & INGRID BERZINS     :     CHAPTER 13
                                       :
                                       :
           DEBTORS                     :     BANKRUPTCY No. 17-18410ELF

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 5,500.00 |
| Total expense cost: | $     31.00 |
| Attorney fee already paid by Debtor | $ 1,000.00 |
| Net amount to be paid by Trustee | $ 4,531.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

Date: 9/20/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**