United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-18410-elf
Rudolf G. Berzins                                                      Chapter 13
Ingrid Berzins
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 1                  Date Rcvd: Nov 14, 2018
                              Form ID: pdf900              Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db/jdb         +Rudolf G. Berzins,    Ingrid Berzins,    610 Cider Mill Lane,    Perkasie, PA 18944-4082
cr             +Customers Bank,    c/o Saldutti Law Group,    Rebecca K. McDowell, Esquire,    1735 Market Street,
                 Suite 3750,    Philadelphia, PA 19103-7532
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:55:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:53      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:17
                 Commonwealth Of PA., Dept. Of Revenue,    Bureau Of Compliance,    Dept. 280946,
                 Harrisburg, PA 17128-0001
cr             +E-mail/Text: duffyk@co.delaware.pa.us Nov 15 2018 03:56:15      Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 04:00:07      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY  PERLICK    on behalf of Joint Debtor Ingrid  Berzins Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ingrid Berzins aka Ingrida Berzins<br>Rudolf G. Berzins<br>　　　　　Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>vs. | NO. 17-18410 ELF |
| Ingrid Berzins aka Ingrida Berzins<br>Rudolf G. Berzins<br>　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the loan held by the Movant on the Debtors' vehicle is **$6,022.94,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 29, 2018 to October 29, 2018 at $547.54/month |
| **Total Post-Petition Arrears** | **$6,022.94** |

2. The Debtors shall cure said arrearages in the following manner;

　　a). Beginning on November 29, 2018 and continuing through April 29, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$547.54** on the vehicle (or as adjusted pursuant to the terms of the vehicle) on or before the twenty-ninth (29th) day of each month, plus an installment payment of **$1,003.83 from November 29, 2018 to March 29, 2019 and $1,003.79 for April 29, 2019** towards the arrearages on or before the last day of each month at the address below;

TMCC
P.O. Box 5855
Carol Stream, IL 60197-5855

　　b). Maintenance of current monthly vehicle payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:  November 2, 2018

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 11-6-18

Zachary Perlick, Esquire
Attorney for Debtors

Date: 11-8-18

William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights or remedies.

**O R D E R**

Approved by the Court this  13th  day of  November , 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank