United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 17-18410-elf
Rudolf G. Berzins                                             Chapter 13
Ingrid Berzins
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: JEGilmore           Page 1 of 1           Date Rcvd: Apr 10, 2020
                             Form ID: pdf900           Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
```
db/jdb       +Rudolf G. Berzins,    Ingrid Berzins,    610 Cider Mill Lane,    Perkasie, PA 18944-4082
cr           +Customers Bank,    c/o Saldutti Law Group,    Rebecca K. McDowell, Esquire,    1735 Market Street,
              Suite 3750,    Philadelphia, PA 19103-7532
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:20       City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:43
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:54:00       U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:43
              Commonwealth Of PA., Dept. Of Revenue,    Bureau Of Compliance,    Dept. 280946,
              Harrisburg, PA 17128-0001
cr           +E-mail/Text: duffyk@co.delaware.pa.us Apr 11 2020 03:54:25       Delaware County Tax Claim Bureau,
              Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2020 04:39:51       Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
```
              CAROL E. MOMJIAN    on behalf of Creditor    Commonwealth Of PA., Dept. Of Revenue
               cmomjian@attorneygeneral.gov
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Customers Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY  PERLICK    on behalf of Joint Debtor Ingrid  Berzins Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

RUDOLF G. BERZINS

INGRID BERZINS
aka Ingrida Berzins,

Debtors.

Chapter 13

Bankruptcy No. 17-18410-elf

\* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO REDACT

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

**ORDERED**, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 14-1 filed on February 22, 2018 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

**ORDERED**, that Movant is directed to file with the Court a redacted version of said document within 14 from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

Dated: 4/9/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**