*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rudolf G. Berzins and Ingrid Berzins
    Debtor(s)

Case No: 17–18410–elf

Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation to Resolve the Motion for Relief from Stay filed by Toyota Motor Credit Corporation

    on: 5/4/21

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/22/21

Timothy B. McGrath
Clerk of Court

95 – 94
Form 167