United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 17-18410-elf
Rudolf G. Berzins                                                                                        Chapter 13
Ingrid Berzins
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2021 | Form ID: 167 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rudolf G. Berzins, Ingrid Berzins, 610 Cider Mill Lane, Perkasie, PA 18944-4082 |
| cr | #+ | Customers Bank, c/o Saldutti Law Group, Rebecca K. McDowell, Esquire, 1735 Market Street, Suite 3750 Philadelphia, PA 19103-7532 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:27:00 | Commonwealth Of PA., Dept. Of Revenue, Bureau Of Compliance, Dept. 280946, Harrisburg, PA 17128-0001 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Apr 23 2021 02:28:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 02:15:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021                                          Signature:        /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 22, 2021 | Form ID: 167 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth Of PA. Dept. Of Revenue cmomjian@attorneygeneral.gov |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| LEONARD B. ALTIERI, III | on behalf of Creditor Delaware County Tax Claim Bureau laltieri@toscanigillin.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Bank N.A. lgadomski@schillerknapp.com  kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Customers Bank rmcdowell@slgcollect.com  pwirth@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Joint Debtor Ingrid Berzins Perlick@verizon.net  pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rudolf G. Berzins and Ingrid Berzins
    Debtor(s)

Case No: 17−18410−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation to Resolve the Motion for Relief from Stay filed by Toyota Motor Credit Corporation

on: 5/4/21

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 4/22/21

For The Court

Timothy B. McGrath
Clerk of Court

95 − 94
Form 167