IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RUDOLF G. BERZINS and,<br>INGRID BERZINS,<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br>  v.<br><br>RUDOLF G. BERZINS,<br>INGRID BERZINS, and<br>WILLIAM C. MILLER, Trustee,<br><br>    Respondents. | Bankruptcy No. 17-18410-elf<br><br>Chapter 13<br><br>Related to Doc. No. 93 |

### PRAECIPE TO WITHDRAW TOYOTA MOTOR CREDIT CORPORATION's CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON APRIL 22, 2021

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Certification of Default of Stipulation Resolving the Motion for Relief from Stay as to the 2012 Toyota Highlander* (the "Certification"), filed on April 22, 2021, at Document No. 96.  The Debtor has cured the defualt and has brought the account current.

Dated: April 30, 2021

                                                Respectfully submitted,

                                                BERNSTEIN-BURKLEY, P.C.

                                                By: /s/ Keri P. Ebeck
                                                Keri P. Ebeck
                                                PA I.D. # 91298
                                                kebeck@bernsteinlaw.com
                                                707 Grant Street, Suite 2200
                                                Pittsburgh, PA 15219
                                                412-456-8112
                                                Fax: (412) 456-8120