IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> RUDOLF G. BERZINS and, <br> INGRID BERZINS, <br>          Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>          Movant, <br>     v. <br><br> RUDOLF G. BERZINS, <br> INGRID BERZINS, and <br> WILLIAM C. MILLER, Trustee, <br><br>          Respondents. | Bankruptcy No. 17-18410-elf <br><br> Chapter 13 <br><br> Related to Doc. No. 96 |

PRAECIPE TO WITHDRAW TOYOTA MOTOR CREDIT CORPORATION's CERTIFICATION OF DEFAULT OF STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED ON APRIL 22, 2021

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Certification of Default of Stipulation Resolving the Motion for Relief from Stay as to the 2012 Toyota RAV4* (the "Certification"), filed on April 22, 2021, at Document No. 93. The Debtor has cured the defualt and has brought the account current.

Dated: April 30, 2021

                                                Respectfully submitted,

                                                BERNSTEIN-BURKLEY, P.C.

                                                By: /s/ Keri P. Ebeck
                                                Keri P. Ebeck
                                                PA I.D. # 91298
                                                kebeck@bernsteinlaw.com
                                                707 Grant Street, Suite 2200
                                                Pittsburgh, PA 15219
                                                412-456-8112
                                                Fax: (412) 456-8120