SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1700 Market Street, Suite 1005
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor Customers Bank

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 17-18410-ELF |
|---|---|
| Rudolf G. Berzins and Ingrida Berzins, Debtors. | CHAPTER 13 |

## PRAECIPE TO CHANGE ADDRESS FOR PAYMENTS TO CUSTOMERS BANK

**TO THE CLERK AND THE TRUSTEE:**

Please note that the address for creditor Customers Bank, for purposes of receiving payments in this bankruptcy case, has been changed.

The former address:

Customers Bank
c/o Saldutti Law Group
800 Kings Highway N., Suite 300
Cherry Hill, NJ 08034

THE CURRENT ADDRESS:

Customers Bank
c/o Saldutti Law Group
1040 Kings Highway N., Suite 100
Cherry Hill, NJ 08034

Respectfully submitted,
SALDUTTI LAW GROUP
Counsel for Customers Bank

*/s/ Rebecca K. McDowell*
REBECCA K. MCDOWELL, ESQ.

Dated: November 29, 2021