United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-18410-elf
Rudolf G. Berzins  Chapter 13
Ingrid Berzins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Feb 10, 2023     Form ID: 138OBJ     Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rudolf G. Berzins, Ingrid Berzins, 610 Cider Mill Lane, Perkasie, PA 18944-4082 |
| 14028254 | | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14028262 | # | FedLoan Servicing, POB 69184, Harrisburg, PA 17106-9184 |
| 14210512 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty for Toyota Motor Credit Corp., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14028264 | + | Nationwide Credit, POB 26314, Lehigh Valley, PA 18002-6314 |
| 14028266 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14028267 | | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14052974 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14028253 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 11 2023 00:25:00 | American Honda Finance Corp., PO Box 168008, Irving, TX 75016-8008 |
| 14028251 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:35 | American Express, P.O. Box 981537, El Paso, TX 79980-0001 |
| 14028250 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2023 00:37:05 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14031844 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2023 00:37:05 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14031811 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2023 00:37:09 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14028255 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 11 2023 00:25:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14054308 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 11 2023 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14028257 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2023 00:25:41 | CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 14028261 | | Email/Text: mrdiscen@discover.com | Feb 11 2023 00:25:00 | Discover Bank, 6500 New Albany Road, New |

Case 17-18410-elf  Doc 113  Filed 02/12/23  Entered 02/13/23 00:31:16  Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Method/Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Albany, OH 43054 |
| 14199593 | + | Email/Text: steve@bottiglierilaw.com | Feb 11 2023 00:25:00 | Delaware County Tax Claim Bureau, C/O STEPHEN VINCENT BOTTIGLIERI, 66 Euclid Street, Suite C, Woodbury, NJ 08096-4626 |
| 14028260 | + | Email/Text: duffyk@co.delaware.pa.us | Feb 11 2023 00:25:02 | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14039266 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 11 2023 00:25:00 | First National Bank Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14030848 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 11 2023 00:25:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14028256 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2023 00:25:34 | Chase, Cardmemeber Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 14039268 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2023 00:25:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14059839 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2023 00:25:35 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028265 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:25:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14056258 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 11 2023 00:25:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14029315 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 11 2023 00:25:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14032475 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14060258 | | Email/Text: bankruptcy@td.com | Feb 11 2023 00:25:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 14028270 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 11 2023 00:25:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14038798 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 11 2023 00:25:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14753276 | + | Email/Text: EBN@edfinancial.com | Feb 11 2023 00:25:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14028272 | | Email/Text: jlippincott@uspremiumfinance.com | Feb 11 2023 00:25:00 | US Premium Finance, 280 Technology Parkway, Suite 200, Norcross, GA 30092 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14028263 | | Ingrida Berzins |
| 14039267 | | Ingrida Berzins |
| 14080570 | | Ingrida Berzins |
| 14028273 | | various tenants |
| 14039278 | | various tenants |
| 14080581 | | various tenants |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14039257 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corp., PO Box 168008, Irving, TX 75016-8008 |
| 14080560 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corp., PO Box 168008, Irving, TX 75016-8008 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Feb 10, 2023 | Form ID: 138OBJ | Total Noticed: 34

| | | |
|---|---|---|
| 14080558 | *+ | American Express, P.O. Box 981537, El Paso, TX 79980-0001 |
| 14039255 | *+ | American Express, P.O. Box 981537, El Paso, TX 79980-0001 |
| 14039254 | * | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14080557 | * | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14039256 | * | American Express Legal, POB 2163, Southeastern, PA 19399-2163 |
| 14080559 | * | American Express Legal, POB 2163, Southeastern, PA 19399-2163 |
| 14039258 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14080561 | * | Aqua PA, 752 W. Lancaster Ave, Clifton Heights, PA 19018 |
| 14039259 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14080562 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14039261 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 14080564 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 14028259 | *+ | Customers Bank, 1 S. Main Street, Morrisville, PA 19067-1528 |
| 14039262 | *+ | Customers Bank, 1 S. Main Street, Morrisville, PA 19067-1528 |
| 14080565 | *+ | Customers Bank, 1 S. Main Street, Morrisville, PA 19067-1528 |
| 14039264 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14080567 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14039263 | *+ | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14080566 | *+ | Delaware County Tax Claim Bureau, 201 W. Front Street, Media, PA 19063-2768 |
| 14080569 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14039265 | * | FedLoan Servicing, POB 69184, Harrisburg, PA 17106-9184 |
| 14080568 | * | FedLoan Servicing, POB 69184, Harrisburg, PA 17106-9184 |
| 14039260 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmemeber Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 14080563 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmemeber Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 14080571 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14039269 | *+ | Nationwide Credit, POB 26314, Lehigh Valley, PA 18002-6314 |
| 14080572 | *+ | Nationwide Credit, POB 26314, Lehigh Valley, PA 18002-6314 |
| 14039270 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14080573 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14039271 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14080574 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14028268 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14028269 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14039272 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14039273 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14039274 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14080575 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14080576 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14080577 | * | TD Bank, N.A., PO Box 16027, Lewiston, ME 04243-9513 |
| 14028271 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14039275 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14039276 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14080578 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14080579 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14039252 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14039277 | *P++ | US PREMIUM FINANCE, 280 TECHNOLOGY PARKWAY, SUITE 200, NORCROSS GA 30092-2990, address filed with court:, US Premium Finance, 280 Technology Parkway, Suite 200, Norcross, GA 30092 |
| 14080580 | *P++ | US PREMIUM FINANCE, 280 TECHNOLOGY PARKWAY, SUITE 200, NORCROSS GA 30092-2990, address filed with court:, US Premium Finance, 280 Technology Parkway, Suite 200, Norcross, GA 30092 |
| 14028252 | ## | American Express Legal, POB 2163, Southeastern, PA 19399-2163 |
| 14028258 | ##+ | Customers Bank, 1 S. Main Street, Morrisville, PA 19067-1528 |

TOTAL: 6 Undeliverable, 50 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth Of PA. Dept. Of Revenue cmomjian@attorneygeneral.gov |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| LEONARD B. ALTIERI, III | on behalf of Creditor Delaware County Tax Claim Bureau laltieri@toscanigillin.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Bank N.A. Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Customers Bank rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Joint Debtor Ingrid Berzins Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Debtor Rudolf G. Berzins Perlick@verizon.net pireland1@verizon.net |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Rudolf G. Berzins and Ingrid Berzins
        Debtor(s)

Case No: 17−18410−elf
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/10/23

112 − 110
Form 138OBJ